IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:18-CR-66 (WLS) |
| RANDY ANGELO HILL, | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

The Court has received a letter and a "Motion to Change or Correct Time Served" from Defendant Randy Angelo Hill. (Docs. 125 & 126.) The Court has directed the U.S. Probation Office to respond via letter to both of Hill's requests. For the reasons stated in the letter from the U.S. Probation Office, Hill's motion (Doc. 126) is **DENIED**.

**SO ORDERED**, this 9th day of March 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1