IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CASE NO: 7:18-CR-66  (WLS) |
| RANDY ANGELO HILL, | : |
| Defendant. | : |

## ORDER

Before the Court is the Letter Motion (Doc. 135) of Defendant requesting that the Court direct the Clerk of Court to send Defendant a copy of his sentencing transcript. Defendant indicates he does not have the funds to pay for the transcript which the Court interprets as Defendant's request that the Clerk provide Defendant with a free copy of the transcript. Defendant is not entitled to a free copy of his sentencing transcript, but may obtain a copy of documents from the Clerk by paying the appropriate fee.[1]

Accordingly, the Defendant's Motion (Doc. 135) is **DENIED**.

**SO ORDERED**, this 20th day of April 2023.

                                                    /s/ W. Louis Sands
                                                  W. LOUIS SANDS, SR. JUDGE
                                                  UNITED STATES DISTRICT COURT

---

[1] With respect to Defendant's inquiry on what he is required to do to unseal his docket sheet, the Court advises Defendant that his docket is not sealed.