IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : <br> : <br> v.   : <br> : **CASE NO:** <br> **RANDY ANGELO HILL,**   : **7:18-cr-66–WLS** <br> : <br> **Defendant.**   : <br> _____ : | |

## ORDER

Before the Court is the Letter Motion (Doc. 157) of Defendant requesting the Court send Defendant a copy of (1) his sentencing transcript, (2) docket sheet, (3) sentencing judgment, and (4) plea agreement. Defendant indicates he does not have the funds to pay for these documents which the Court interprets as Defendant's request that the Clerk provide Defendant with a free copy of the such documents. Defendant has received multiple copies of his docket sheet, judgment, and plea agreement without payment. However, he has previously been advised by Order entered April 20, 2023, that he is not entitled to a free copy of his sentencing transcript. (Doc. 137). Nor is he entitled to multiple copies of his judgment and plea agreement. Defendant may obtain copies of those documents from the Clerk by paying the appropriate fee.

Accordingly, the Defendant's Motion (Doc. 157) is **GRANTED** to the extent that the Clerk of Court or his deputy is **DIRECTED** to forward a copy of the docket to Defendant. The Motion (Doc. 157) is **DENIED** as to Defendant's request for a free copy of his sentencing transcript and as to additional free copies of his judgment and plea agreement.

**SO ORDERED**, this 7th day of October 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**