IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

UNITED STATES OF AMERICA, :
:
v. : CASE NO:
: 7:18-cr-66–WLS
RANDY ANGELO HILL, :
:
Defendant. :

## ORDER

Before the Court is Defendant's Motion for Competency Evaluation Under 18 U.S.C. § 4241 (Doc. 171), filed on August 21, 2026. Therein, Defense Counsel states that, based on his observations, Defendant is presently suffering from one or more untreated and unresolved mental health conditions. Defense Counsel further notes that Defendant has had a lengthy history of mental health treatment and hospitalizations. Therefore, pursuant to 18 U.S.C. § 4241(a),[1] Defense Counsel believes a competency evaluation is necessary prior to the Court conducting a hearing on the pending Amended Petition for Warrant or Summons for Offender Under Supervision (Doc. 170).

Based on the foregoing, pursuant to § 4241, the Court finds reason to believe that Defendant may be suffering from some mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to assist properly with his defense.

Accordingly, Defendant's Motion for Competency Evaluation Under 18 U.S.C. § 4241 (Doc. 171) is **GRANTED**. It is hereby **ORDERED** that a psychiatric or psychological examination of Defendant be conducted, pursuant to 18 U.S.C. §§ 4241(b) and 4247(b), by a

[1] Section 4241(a) and (b) provide that, at any time after the commencement of a prosecution for an offense and prior to the sentencing of the defendant, the defendant or the Government may file a motion for a hearing to determine the mental competency of the defendant. Moreover, the Court shall grant the motion if "reasonable cause" exists to believe that the defendant "may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241(a). Furthermore, § 4241(b) provides that the Court may order a psychiatric or psychological examination of the defendant before the date of the hearing and order the psychiatric or psychological report be filed with the Court pursuant to § 4247(b) and (c).

licensed or certified psychiatrist or psychologist to be designated by the Bureau of Prisons. Thus, pursuant to 18 U.S.C. § 4247(b), the Court **COMMITS** Defendant to the custody of the Attorney General for a reasonable period, not to exceed thirty days, for placement in a suitable facility.

Additionally, the psychiatric or psychological report complying with 18 U.SC. § 4247(c) must be filed with the Court and copies of the report must be provided to Defendant's Counsel and the Government. The report must include (1) Defendant's history and present symptoms; (2) a description of the psychiatric, psychological, and medical tests that were employed and their results; (3) the examiner's findings; and (4) the examiner's opinions as to diagnosis, prognosis, and whether Defendant is suffering from a mental disease or defect that renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Subsequent to the filing of the Report, the Court will schedule a hearing in accordance with § 4247(d). The Clerk, or his deputy, is **DIRECTED** to serve a certified copy of this Order on the United States Marshal for the Middle District of Georgia.

**SO ORDERED**, this 24th day of August 2026.

**/s/W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**